UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                                  Case No.  16-15060

    DERRICK HARDIN                              Chapter 7

    Debtor(s).                                        Judge Hoffman

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Now comes Debtor, by and through counsel, and move this Court for an Order his case from Chapter 7 to Chapter 13 pursuant to 11 U.S.C. 706 on the grounds set forth below.

1. On February 24, 2016, the above-named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.  At that time, Debtor was not employed.

2. On March 4, 2016, Debtor was offered employment at Honda Trading as an EDI Administrator earning $72,000 annually.  See attached employment letter and pay advices dated March 25, 2016 and April 8, 2016

3. Debtor's house and vehicle are currently in arrears and he now wishes to convert to Chapter 13 in order to pay his arrears through a Chapter 13 Plan.

4. This case has not been previously converted.

WHEREFORE, Debtor prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

                                  Respectfully submitted,
                                  RIDDELL & AIMAR LLC

                                  /s/ Allen B. Aimar, Jr.
                                  ALLEN B. AIMAR, JR. (0088732)

194 West Johnstown Road
Gahanna OH  43230
(614) 478-3676
(614) 478-4573 fax
aaimar@riddellcolpa.net
Attorney for Debtors,
**DERRICK HARDIN**

## NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY

Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, U.S. Bankruptcy Court, Southern District of Ohio, 170 N. High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the date set forth in the Certificate of Service.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to:

Derrick Hardin, 239 Rolling Acres, Lithopolis, Ohio 43136
Allen B. Aimar, Jr., 194 W. Johnstown Road, Gahanna, Ohio 43230
Amy L. Bostic, 50 W. Broad Street, Columbus, Ohio 43215
Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice.

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2016, a copy of the attached was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

- Allen B Aimar
- Asst US Trustee (Col)
- Amy L Bostic
- Adam Bradley Hall
- John G Jansing

And on the following by ordinary U.S. Mail addressed to:

**Advance America**
5992 Westerville Road
Westerville, OH 43081

**AES/Suntrust**
PO Box 61047
Harrisburg, PA 17106

**Chase Mortgage**
PO Box 24696
Columbus, OH 43224

**Credit Collection**
PO Box 9134
Needham Heights, MA 02494

**Credit Management LP**
4200 International Parkway
Carrollton, TX 75007

**Delbert Services**
Rodney Square N. 1100 NM
Doylestown, PA 18901

**Diley Ridge Medical Center**
PO Box 89415
Cleveland, OH 44101

**First Premier Bank**
601 S. Minnesota Avenue
Sioux Falls, SD 57104

**Fortiva/Atlanticus**
PO Box 105555
Atlanta, GA 30348

**Gateway One Lending**
160 N. Riverview Drive
Suite 1
Anaheim, CA 92808

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Kay Jewelers**
375 Ghent Road
Akron, OH 44333

**Key Bank**
PO Box 93885
Cleveland, OH 44101

**LendGreen**
P.O. Box 221
Lac Du Flambeau, WI 54538

**Manley Deas Kohalski**
PO Box 165028
Columbus, OH 43216

**Merrick Bank**
PO Box 9201
Old Bethpage, NY 11804

**PCB**
5500 New Albany Road
New Albany, OH 43054

**Plaza Service**
110 Hammond Drive
Atlanta, GA 30328

**State of Ohio**
Department of Taxation
PO Box 182402
Columbus, OH 43218

**Tidewater Credit Services**
6520 Indian River Road
Virginia Beach, VA 23464

**Village of Lithopolis**
11820 Lithopolis Road
Lithopolis, OH 43136

/s/ Allen B. Aimar, Jr.
ALLEN B. AIMAR, JR.

###