

**Honda Trading**

March 4, 2016

Derrick Hardin
239 Rolling Acre Dr.
Columbus, OH 43136

Dear Derrick,

On behalf of Honda Trading America Corp., I would like to welcome you to our company. Honda is a unique organization, which values the ideas, efforts and achievements of each associate. You are joining a company whose corporate philosophy incorporates the ideals of supplying our customers with products and services of the highest value that exceed their needs and supplying our customers with products and services of the highest value that exceed their needs and expectation, creating a positive associate environment, and honoring our obligation to society.

This document officially offers to you the position of EDI Administrator; pay Grade 18 in the Honda Trading Ohio office. Your starting salary is $2,769.23 bi-weekly, ($72,000 annually) and your hire date is tentatively Monday, March 14, 2016. As an exempt associate, you will be assigned a company phone, business credit card and if appropriate a laptop computer.

You will be eligible for health benefits on April 1, 2016 if you choose a March start date. A benefits (medical, dental and vision) coverage overview will be provided in your orientation. HTA offers vacation and holiday leave. Vacation time accrues at the rate of 3.07 hours biweekly for your first year. Eligibility for the company lease car program begins 30 days after your start date and the retirement plan begins 90 days after your start date.

You will attend Associate Orientation on your first day at 8:30AM and will be conducted by a member of our department. Please read the Orientation Packet and sign the Business Ethics and Conflict of Interest Policy and the Nondisclosure (located inside the left pocket of the folder). You must also provide proper documentation to support your eligibility to work in the United States on the first day of employment (listed on the back of the I-9 form).

If you have questions regarding this offer or terms of your employment, please contact me at 937-645-8464.

On behalf of all associates, we welcome and wish you success as you begin your career with us.

Most Sincerely,
HONDA TRADING AMERICA CORP.

*Lindsay Steinmeyer*

Lindsay Steinmeyer
Human Resources and Administration Generalist

**HONDA TRADING AMERICA CORP.**

19900 SR 739 • Marysville, OH 43040-9140 USA      Telephone: (937) 644-0125 • Fax: (937) 644-8070



# ORACLE

Favorites > Main Menu > Self Service > Payroll and Compensation > View Paycheck

## View Paycheck

Derrick Hardin

**Address**
19210 Van Ness Ave.
Torrance, CA 90501-1102

310/783-2130

Click here to view a printable version

| Company | Net Pay: | $863.67 |
|---|---|---|
| Honda Trading America Corp. | Pay Begin Date: | 03/11/2016 |
| | Pay End Date: | 03/24/2016 |
| | Check Date: | 03/25/2016 |

View a Different Paycheck     Vacation/Sick Summary     Stop/Start Advice Distribution

### General

| Name: | Derrick Hardin | Business Unit: | HONDA |
|---|---|---|---|
| Employee ID: | 84236 | Pay Group: | Exempt Regular Full Time |
| Address: | 239 Rolling Acre Dr. Lithopolis, OH 43136 | Department: | HTA2000 - Administration-OH |
| | | Location: | HTA - Marysville |
| | | Job Title: | Analyst-Business |
| | | Pay Rate: | $2,789.23 Biweekly |

### Tax Data

| Fed Marital Status: | Single | OH Marital Status: | Not applicable |
|---|---|---|---|
| Fed Allowances: | 0 | OH Allowances: | 0 |
| Fed Addl Percent: | 0.000 | OH Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | OH Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,107.69 | 1,107.69 | 244.02 | 0.00 | 863.67 |
| YTD | 1,107.69 | 1,107.69 | 244.02 | 0.00 | 863.67 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 1,107.69 | 1,107.69 |
| Total: | | | 1,107.69 | 1,107.69 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholding | 135.14 | 135.14 |
| Fed MED/EE | 16.06 | 16.06 |
| Fed OASDI/EE | 68.68 | 68.68 |
| OH Withholding | 24.14 | 24.14 |
| Total: | 244.02 | 244.02 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | 0.00 | |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | 0.00 | |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| * Taxable | | |
| Total: | 0.00 | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 1055070 | Issue Check | | 863.67 |

**ORACLE**

Favorites | Main Menu > Self Service > Payroll and Compensation > View Paycheck

Derrick Hardin

Address
19210 Van Ness Ave.
Torrance, CA 90501-1102

310/783-2130

Click here to view a printable version

| | | |
|---|---|---|
| Company | Honda Trading America Corp. | |
| Net Pay: | $1,962.53 | |
| Pay Begin Date: | 03/25/2016 | |
| Pay End Date: | 04/07/2016 | |
| Check Date: | 04/08/2016 | |

View a Different Paycheck    Vacation/Sick Summary    Stop/Start Advice Distribution

### General

| | | | |
|---|---|---|---|
| Name: | Derrick Hardin | Business Unit: | HONDA |
| Employee ID: | 84296 | Pay Group: | Exempt Regular Full Time |
| Address: | 239 Rolling Acre Dr, Lithopolis, OH 43136 | Department: | HTA3000 - Administration-OH |
| | | Location: | HTA - Marysville |
| | | Job Title: | Analyst-Business |
| | | Pay Rate: | $2,769.23  Biweekly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | OH Marital Status: | Not applicable |
| Fed Allowances: | 0 | OH Allowances: | 0 |
| Fed Addl Percent: | 0.000 | OH Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | OH Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,769.23 | 2,769.23 | 806.70 | 0.00 | 1,962.53 |
| YTD | 5,876.92 | 5,876.92 | 1,050.72 | 0.00 | 2,826.20 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 2,769.23 | 3,876.92 |
| Total: | | | 2,769.23 | 3,876.92 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholding | 508.41 | 643.55 |
| Fed MED/EE | 40.16 | 56.22 |
| Fed OASDI/EE | 171.69 | 240.37 |
| OH Withholding | 86.44 | 110.58 |
| Total: | 806.70 | 1,050.72 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | 0.00 | |

### After-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | 0.00 | |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| * Taxable | | |
| Total: | | 0.00 |

### Net Pay Distribution

| Payment type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 1056592 | Issue Check | | 1,962.53 |